

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIGUEL BYGOYTIA, | § | No. 08-17-00226-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20140D05522) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2020.

TERRY JENNINGS, Senior Judge

Before Alley, C.J., Rodriguez, J., and Jennings, Senior Judge
Jennings, Senior Judge (Sitting by Assignment)